| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY<br>STATE OF COLORADO<br>Address:   7325 South Potomac Street<br>              Centennial, CO 80112<br>Telephone: (303) 645-6600 | DATE FILED: April 27, 2020 4:19 PM<br>FILING ID: 544C6AB477BBE<br>CASE NUMBER: 2020CV30900 |
| STEVEN MARSH, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Georgia corporation; and JOHN DOE, an individual or business entity retained by Home Depot U.S.A., Inc. to remove snow and ice from the Home Depot retail store located at 9401 E. Arapahoe Road, Greenwood Village, Colorado 80112,<br><br>     Defendants. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff*:<br><br>Paul F. Lewis, #14183<br>Michael D. Kuhn, #42784<br>Andrew E. Swan, #46665<br>LEWIS \| KUHN \| SWAN PC<br>620 North Tejon Street, Suite 101<br>Colorado Springs, CO  80903<br>Telephone: (719) 694-3000<br>Email:     plewis@lks.law<br>              mkuhn@lks.law<br>              aswan@lks.law | Case Number:<br><br><br>Div.: |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff Steven Marsh ("Plaintiff"), by and through counsel, Lewis Kuhn Swan PC, submits his Complaint and Jury Demand ("Complaint") as follows:

**PARTIES**

1.     Plaintiff is an individual domiciled in Englewood, Colorado.

# EXHIBIT "B-2"
# COMPLAINT AND JURY DEMAND

2. Defendant Home Depot U.S.A., Inc. ("Home Depot") is a Delaware Corporation that regularly conducts business in Colorado. Home Depot's principal place of business is in Atlanta, Georgia.

3. On information and belief, Defendant John Doe ("John Doe") is an individual domiciled in Colorado or a business entity with its principal place of business in Colorado.

4. Home Depot and John Doe are collectively referred to herein as "Defendants."

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this matter because this Court is one of general jurisdiction.

6. This Court has personal jurisdiction over Defendants pursuant to Colo. Rev. Stat. § 13-1-124(a), (b), and (c).

7. Venue is proper in this Court pursuant to Colo. R. Civ. P. 98(c) because, among other things, the tortious conduct alleged herein occurred in Arapahoe County.

## GENERAL ALLEGATIONS

8. On or about the morning of March 14, 2019, Plaintiff was shopping and otherwise lawfully on the premises of Home Depot's retail store located at 9401 E. Arapahoe Road, Greenwood Village, Colorado 80112 (the "Store").

9. At or around 9:30 a.m., Plaintiff, through no fault of his own, slipped and fell on a patch of ice in the Store's parking lot near the Store's entrance. The place where Plaintiff fell is hereinafter referred to as "the Premises."

10. The patch of ice on which Plaintiff slipped was formed during a snowstorm that had ended the previous day.

11. The patch of ice on which Plaintiff slipped constituted a dangerous condition, posing an unreasonable risk to the health and safety of the public.

12. On information and belief, prior to March 14, 2019, Home Depot had retained John Doe to remove snow and ice from areas immediately adjacent to the Store, including the Premises.

13. The dangerous condition on the Premises existed for such a period and was close enough to the Store entrance that, through the exercise of reasonable care, Defendants should have discovered it and taken reasonable steps to mitigate it.

**EXHIBIT "B-2"**
**COMPLAINT AND JURY DEMAND**

14. Despite having, at the very least, constructive knowledge of the dangerous condition, Defendants failed to take reasonable steps to mitigate it. Namely, Defendants failed to apply salt, sand, or any other deicing materials to the Premises.

15. Home Depot should have video footage of the conditions of the parking lot at the time in question. Indeed, on March 29, 2019, Plaintiff, through counsel, sent certified letters to Home Depot requesting that it preserve all such footage.

16. As a result of Defendants' failure to act, Plaintiff fell, fracturing his hip and sustaining other serious injuries which required surgery and hospitalization.

### CLAIM FOR RELIEF
*Premises Liability Act – Colo. Rev. Stat. § 13-21-115*
**(Against All Defendants)**

17. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

18. Home Depot was, at all relevant times, a "landowner" as defined by Colo. Rev. Stat. § 13-21-115(1) because it was in possession of the Premises and legally responsible for its condition.

19. John Doe was, at all relevant times, a "landowner" as defined by Colo. Rev. Stat. § 13-21-115(1) because it was Home Depot's authorized agent and/or was legally responsible for the condition of the Premises.

20. Plaintiff was, at all relevant times, an "invitee" as defined by Colo. Rev. Stat. § 13-21-115(5)(a) because he entered the Premises to transact business with Home Depot.

21. The Premises were not safe and constituted a dangerous condition to invitees at the Store, including Plaintiff.

22. Defendants knew or reasonably should have known of the Premise's dangerous condition because the condition existed for a period of time such that a reasonable landowner exercising reasonable care under the circumstances would have discovered it.

23. Defendants unreasonably failed to exercise reasonable care to protect against the dangerous condition by, among other things, failing to apply deicing compounds to the Premises.

24. As a direct and proximate result of Defendants' failure to exercise reasonable care, Plaintiff suffered damages in an amount to be proven at trial, for which Defendants are liable.

**EXHIBIT "B-2"**
**COMPLAINT AND JURY DEMAND**

25.     Plaintiff's damages include, but are not limited to, past and future physical pain and suffering, past and future emotional and mental distress, past and future diminished enjoyment of life, disfigurement, and past and future medical expenses for treatment and care.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment in his favor and against Defendants in an amount to be proven at trial, together with costs, interest, and any other and further relief as the Court may deem just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action and claims with respect to which he has a right to jury trial.

Respectfully submitted this 27th day of April, 2020.

> LEWIS | KUHN | SWAN PC
> *(Original on file at the offices of Lewis Kuhn Swan PC)*
>
> */s/ Michael D. Kuhn*
> Paul F. Lewis, #14183
> Michael D. Kuhn, #42784
> Andrew E. Swan, #46665
>
> *Attorneys for Plaintiff*

Plaintiff's Address
3161 S. Downing Street
Englewood, CO 80113

4

## EXHIBIT "B-2"
## COMPLAINT AND JURY DEMAND